**EXHIBIT A**



---------- Forwarded message ---------
From: **Scott Avila** <FVIP@fluidtruck.com>
Date: Wed, Aug 21, 2024 at 9:50 AM
Subject: Important message from our Interim CEO
To: Tim Urban <urbant3@gmail.com>

An update on our progress, current challenges, and supporting your fleet.



Hi Tim,

As shared in July's FVIP newsletter, I was appointed Interim CEO on July 16th to help get Fluid Truck back on firm footing. Since then, I have been fully immersed in understanding the complexities of our business and working closely with our management team to address the most pressing issues.

**Ongoing Efforts and Current Status**

Our immediate focus remains on preparing for a successful peak season while simultaneously stabilizing our financial situation. We have made strides in identifying key areas for improvement and are actively pursuing a capital raise to strengthen the business.

I'm pleased to share that we've had some recent significant wins. July closed with record-high utilization and Average Daily Revenue (ADR), and business demand has been so strong that we've successfully raised our rates for the peak season. These are promising indicators for our business.

1

In my initial communication, I promised transparency and open communication, so I want to be candid— we are facing significant financial challenges that we have yet to solve for.

As a result, we are still unable to process arrears payments, including insurance claim payouts and monies owed for vehicle sales. Please know we take our obligations seriously and are taking decisive action to make as much progress as possible, as quickly as possible, to honor our commitments and position Fluid Truck on the best possible trajectory for the benefit of all stakeholders. Additionally, please note that these financial challenges will not impact any rental payouts you receive from Fluid Truck.

As we continue to shape our long-term strategy, we have already initiated immediate steps to ensure that the challenges we're facing now do not happen again. Most importantly, we expect that moving forward, insurance claims payouts and monies owed for vehicle sales will be paid in a timely manner.

While we're not there yet, I want to emphasize my confidence in our plan and our team's unwavering focus on stabilizing our financial situation.

**Our Commitment to You**

I want to personally thank you for your patience during this transition. You have my commitment to keeping you up to date on any information that impacts you and your fleet. In the meantime, if you have any questions or concerns, please do not hesitate to reach out to your Fluid Truck account manager— they are here to support you.

On behalf of the entire Fluid Truck team, thank you for your understanding as we navigate these challenges. Your support is vital to Fluid Truck, and we remain dedicated to emerging from this period as a stronger company, better equipped to serve you.

Sincerely,

Scott Avila
Interim CEO
Fluid Truck

---

Scott Avila

400 W. 48th Street, Denver, CO

Unsubscribe - Unsubscribe Preferences