IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 1:24-cv-2811

URBAN INTERESTS LLC, individually and
on behalf of all others similarly situated,

Plaintiffs,

v.
FLUID MARKET INC.,
FLUID FLEET SERVICES LLC,
JAMES EBERHARD,
JENIFER SNYDER, and
THOMAS SCOTT AVILA,

Defendants.

**CORPORATE DISCLOSURE STATEMENT FOR
DEFENDANTS FLUID FLEET SERVICES, LLC AND FLUID MARKET, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fluid Fleet Services, LLC states that it is a Colorado limited liability company with its principal place of business in Denver, Colorado. Fluid Market, Inc. is the sole member of Fluid Fleet Services, LLC. Fluid Market, Inc. is a Delaware corporation with a principal place of business in Denver, Colorado. No publicly held company holds more than 10% of Fluid Fleet Services, LLC's stock.

1

| | |
|---|---|
| Dated: November 20, 2024 | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*s/ John Hawk*<br>John Hawk (CO Bar No. 55921)<br>1899 Wynkoop St., Suite 750<br>Denver, CO 80202<br>Telephone: (720)983-1345<br>Email: john.hawk@wbd-us.com<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br><br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>          dbertenthal@pszjlaw.com<br>          tcairns@pszjlaw.com<br><br>*Counsel to Fluid Market, Inc. and Fluid Fleet Services, LLC* |

2