IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02811-GPG-NRN

URBAN INTERESTS LLC, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLUID MARKET INC.,
FLUID FLEET SERVICES LLC,
JAMES EBERHARD,
JENIFER SNYDER, and
THOMAS SCOTT AVILA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendants James Eberhard and Jenifer Snyder's Unopposed Motion for Extension of Time to Respond to Complaint (ECF No. 23) is GRANTED. These Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before January 13, 2025.

Date: December 16, 2024