IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02811-GPG-NRN | Date: January 8, 2025 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| URBAN INTERESTS LLC, individually and on behalf of all others similarly situated, | David Holman |
| Plaintiff, | |
| v. | |
| FLUID MARKET INC., FLUID FLEET SERVICES LLC, | John Hawk |
| JAMES EBERHARD, | Chad Nitta |
| JENIFER SNYDER, and | Heather Tilley |
| THOMAS SCOTT AVILA, | William Thomas |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**10:30 a.m.** Court in session.

Court calls case. Appearances of counsel. Discussion held regarding case status. If any party believes discovery should be stayed pending resolution of the Motion to Transfer Action to the District of Delaware Pursuant to 28 U.S.C. § 1412 AND 28 U.S.C. § 1404(A) (Dkt. #17), a formal motion should be filed.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before January 31, 2025.

Joinder of Parties/Amendment to Pleadings: February 28, 2025

Discovery Cut-off: January 10, 2026
Dispositive Motions Deadline: February 10, 2026

Each side shall be limited to 10 depositions, excluding experts.
Depositions shall not exceed 7 hours for parties, all other fact depositions are limited to 4 hours.  For retained experts, depositions shall not exceed 7 hours.
Plaintiff shall be limited to 40 interrogatories, 40 requests for production, and 40 requests for admission, with no more than 20 of each directed to a defendant group.
Each Defendant group shall be limited to 20 interrogatories, 20 requests for production, and 20 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 2 retained expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: October 31, 2025
Disclosure of Rebuttal Experts: December 5, 2025
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for May 28, 2025, at 10:00 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**Final Pretrial Conference**: If no summary judgment motions are filed, the parties shall contact the Court jointly via email within ten days after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, parties shall contact the Court jointly via email within thirty days after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov  a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**11:04 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:34

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.