IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02811-GPG-NRN

URBAN INTERESTS LLC, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLUID MARKET INC.,
FLUID FLEET SERVICES LLC,
JAMES EBERHARD,
JENIFER SNYDER, and
THOMAS SCOTT AVILA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that an in-person Motion Hearing on Defendants Eberhard and Snyder's Motion to Stay All Proceedings (ECF No. 39) is set for February 19, 2025 at 11:00 a.m. in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Date: January 28, 2025