IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02811-GPG-NRN | Date: February 19, 2025 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| URBAN INTERESTS LLC, individually and on behalf of all other similarly situated, | John Chrisman<br>David Holman |
| Plaintiff, | |
| v. | |
| FLUID MARKET INC.,<br>FLUID FLEET SERVICES, LLC,<br>JAMES EBERHARD, JENIFER SNYDER, and<br>THOMAS SCOTT AVILA, | Chad Nitta<br>William Thomas |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**11:01 a.m.    Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court regarding Defendants James Eberhard's and Jennifer Snyder's Motion to Stay all Proceedings (Dkt. #39).

Arguments by Counsel.

For the reasons stated on the record, it is

**ORDERED:**   Defendants James Eberhard's and Jenifer Snyder's Motion to Stay all Proceedings (Dkt. #39) is **DENIED**.

Discussion regarding Plaintiff's Motion to Compel Non-Party Paladin Management Group LLC's Response to Third-Party Subpoena (Dkt. #47)

**ORDERED**:  A Discovery Hearing/Motion Hearing is set for March 26, 2025 at 2:00 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. Counsel shall appear in person.

**12:01 p.m.**    **Court in recess.**

Hearing concluded.
Total in-court time:   01:00

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.