IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02811-GPG-NRN

URBAN INTERESTS LLC, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLUID MARKET INC.,
FLUID FLEET SERVICES LLC,
HHK GROUP, LLC,
JAMES EBERHARD,
JENIFER SNYDER, and
THOMAS SCOTT AVILA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Plaintiff's Unopposed Motion for Extension of Time to Joint Parties and Amend Pleadings (ECF No. 50) is GRANTED. The Parties have until April 14, 2025 in which to join parties and amend pleadings.

    It is further ORDERED that Plaintiff's Unopposed Motion to Substitute Defendant HHK Group, LLC (ECF No. 52) is GRANTED. HHK Vehicles, Inc. is hereby substituted for HHK Group, LLC. The Clerk is respectfully directed to update the caption accordingly.

Date: February 27, 2025