# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:24-cv-2811-GPG-NRN

URBAN INTERESTS LLC, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

FLUID MARKET INC., FLUID FLEET SERVICES LLC,
HHK VEHICLES, INC., JAMES EBERHARD, JENIFER SNYDER,
and THOMAS SCOTT AVILA,

    Defendants.

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Urban Interests LLC, Defendant James Eberhard, Defendant Jenifer Snyder, and Defendant Thomas Scott Avila (collectively, the "Moving Parties"), by and through their respective counsel,[1] hereby submit this Joint Motion for Entry of Protective Order (the "Motion"), and respectfully state as follows:

**Certification of Conferral:** Counsel for each Moving Party conferred on the relief sought herein. The Moving Parties jointly file this Motion.

1.     Pursuant to Rule 26(c), "[a] party or any person from whom discovery is sought may move for a protective order in the court where the action is pending." FED. R. CIV. P. 26(c)(1).

2.     The Moving Parties anticipate that discovery in this action will involve nonpublic

---

[1] Defendant Fluid Market Inc. and Defendant Fluid Fleet Services LLC (collectively, "Fluid Truck") were not consulted or involved in the development of the proposed protective order or this Motion due to the automatic stay in place related to Fluid Truck arising from the bankruptcy proceeding.

information, including financial, proprietary, commercially sensitive, confidential business, marketing, regulatory, or strategic information, and/or similarly sensitive information of the type contemplated by Rule 26(c). Dissemination or use of such information other than for purposes of this action could be harmful to the producing party.

3. The Moving Parties attach to this Motion as Exhibit A the proposed Protective Order and state they have agreed to its terms as submitted to the Court.

4. The Moving Parties agree that good cause exists for entry of the proposed Protective Order. Based on the agreement of the Moving Parties and for good cause to protect confidential information and facilitate discovery, the Moving Parties respectfully request that the Court enter the stipulated Protective Order in the form submitted herewith as Exhibit A.

Respectfully submitted March 4, 2025.

/s/ David Holman
David C. Holman, Esq.
John K. Crisham, Esq.
Christopher T. Carry, Esq.
CRISHAM & HOLMAN LLC
2549 West Main Street, Suite 202
Littleton, CO 80120
dave@crishamholman.com
john@crishamholman.com
chris.carry@crishamholman.com
*Attorneys for Plaintiff Urban Interests LLC*

/s/ Chad Nitta
Chad T. Nitta, Esq.
Heather N. Tilley, Esq.
Shelby L. Morbach, Esq.
KUTAK ROCK LLP
2001 16th Street, Suite 1800
Denver, CO 80202
Chad.Nitta@kutakrock.com
Shelby.Morbach@kutakrock.com
Heather.tilley@kutakrock.com
*Attorneys for Defendants James Eberhard and Jenifer Snyder*

/s/ William Thomas
William R. Thomas, Esq.
Brian R. DeMocker, Esq.
O'HAGAN MEYER PLLC
1331 17th Street, Suite 350
Denver, CO 80202
303-652-5881
wthomas@ohaganmeyer.com
bdemocker@ohaganmeyer.com
*Attorneys for Defendant Avila*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 4th day of March, 2025, a true and correct copy of **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** was filed and served electronically via the CM/ECF system which will send notification of the filing to the following:

David C. Holman, Esq.
John K. Crisham, Esq.
Christopher T. Carry, Esq.
CRISHAM & HOLMAN LLC
2549 West Main Street, Suite 202
Littleton, CO 80120
dave@crishamholman.com
john@crishamholman.com
*Attorneys for Plaintiff Urban Interests LLC*

John C. Hawk, IV, Esq.
WOMBLE BOND DICKINSON LLP
1899 Wynkoop Street, Suite 750
Denver, CO 80202
John.hawk@wbd-us.com
*Attorney for Defendants Fluid Market, Inc.*
*and Fluid Fleet Services LLC*

Chad T. Nitta, Esq.
Heather N. Tilley, Esq.
Shelby L. Morbach, Esq.
KUTAK ROCK LLP
2001 16th Street, Suite 1800
Denver, CO 80202
Chad.Nitta@kutakrock.com
Shelby.Morbach@kutakrock.com
Heather.tilley@kutakrock.com
*Attorneys for Defendants James Eberhard*
*and Jenifer Snyder*

                                            *s/ Ramona Raub*
                                            Ramona Raub, Legal Assistant