IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02811-GPG-NRN

URBAN INTERESTS LLC, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLUID MARKET INC.,
FLUID FLEET SERVICES LLC,
HHK VEHICLES, INC.,
JAMES EBERHARD,
JENIFER SNYDER, and
THOMAS SCOTT AVILA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Unopposed Motion for Extension of Time for HHK Vehicles, Inc. to Respond to Plaintiff's Amended Class Action Complaint (ECF No. 68) is GRANTED. Defendant HHK Vehicles, Inc. shall answer or otherwise respond to Plaintiff's Amended Class Action Complaint on or before April 25, 2025.

Date: April 10, 2025