## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:24-cv-2811-GPG-NRN

URBAN INTERESTS LLC, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

FLUID MARKET INC., FLUID FLEET SERVICES LLC,
HHK VEHICLES, INC., JAMES EBERHARD, JENIFER SNYDER,
PALADIN MANAGEMENT GROUP, LLC and THOMAS SCOTT AVILA,

      Defendants.

---

### DEFENDANT THOMAS SCOTT AVILA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

---

Defendant Thomas Scott Avila ("Mr. Avila"), by and through his attorneys, O'HAGAN MEYER, PLLC, hereby submits this Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint, and respectfully states as follows:

**Certificate of Conferral:** Counsel for Mr. Avila conferred with Counsel for Plaintiff on this requested extension of time, to May 9, 2025, to file Mr. Avila's response to the Second Amended Complaint. Counsel for Plaintiff indicated that Plaintiff does not oppose the relief sought herein.

1.      This matter commenced on October 10, 2024, with the filing of Plaintiff's Initial Complaint. (*See* ECF # 1).

2.      Prior to any Party responding to the Initial Complaint, Plaintiff filed an Amended Complaint on January 9, 2025, adding HHK Group, LLC (which was later changed to Defendant HHK Vehicle, Inc. via substitution) as a party. (*See* ECF # 33, 54).

3.      On January 23, 2025, the individual Defendants moved to dismiss the Amended

#6323091v1

Complaint—Mr. Avila filing one motion and James Eberhard and Jenifer Snyder jointly filing a second motion. (*See* ECF # 37–38).

4.      Briefing concluded for the two Motions to Dismiss on February 27, 2025. (*See* ECF # 55–56).

5.      On April 14, 2025, Plaintiff filed an unopposed Motion for Leave to File Second Amended Complaint, which was granted the next day. (*See* ECF # 73, 75).

6.      The Second Amended Complaint was filed on April 15, 2025, which added, removed, and/or altered many of the allegations against Mr. Avila, and added Paladin Management Group, LLC ("Paladin") as a defendant. (*See* ECF # 76).

7.      With the filing of the Second Amended Complaint on April 15, 2025, Mr. Avila's responsive deadline is, at present, April 29, 2025. *See* FED. R. CIV. P. 15(a)(3).

8.      "The scheduling order may be altered or amended only upon a showing of good cause." (ECF No. 31 at 14); *see also* FED. R. CIV. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").

9.      Counsel for Mr. Avila represents Paladin in this action, and has executed a waiver of service, which grants to Paladin 60 days to respond to the Second Amended Complaint. (*See* ECF # 77). Mr. Avila and Paladin intend to respond to the Second Amended Complaint simultaneously.

10.     Mr. Avila's and Paladin's counsel has been working diligently to produce documents and supplement discovery responses related to Plaintiff's discovery requests to Mr. Avila and subpoena to Paladin. And, Mr. Avila's attorneys are traveling this week and into early next week.

11.     As such, good cause exists to grant Mr. Avila's unopposed request to respond to

#6323091v1

Plaintiff's Second Amended Complaint on or before May 9, 2025.

12.    This Motion is timely filed in advance of Mr. Avila's current April 29, 2025, response deadline.

WHEREFORE, Defendant Thomas Scott Avila respectfully requests that this Court (1) grant this unopposed Motion, (2) reset the deadline for Mr. Avila to respond to Plaintiff's Second Amended Complaint to May 9, 2025, and (3) grant to Mr. Avila such further relief as the Court deems appropriate.

Respectfully submitted,

O'HAGAN MEYER, PLLC

By:    */s/ William R. Thomas*
       William R. Thomas, Esq.
       Brian R. DeMocker, Esq.
       1331 17th Street, Suite 350
       Denver, Colorado 80202
       303.652.5881
       wthomas@ohaganmeyer.com
       bdemocker@ohaganmeyer.com
       *Attorneys for Defendants Thomas Scott*
       *Avila and Paladin Management Group, LLC*

Dated:  April 24, 2025

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2025, a true and correct copy of **DEFENDANT THOMAS SCOTT AVILA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** was filed and served electronically via the CM/ECF system which will send notification of the filing to the following:

David C. Holman, Esq.
John K. Crisham, Esq.
Christopher T. Carry, Esq.
CRISHAM & HOLMAN LLC
2549 West Main Street, Suite 202
Littleton, CO 80120
dave@crishamholman.com
john@crishamholman.com
chris.carry@crishamholman.com
*Attorneys for Plaintiff Urban Interests LLC*

John C. Hawk, IV, Esq.
WOMBLE BOND DICKINSON LLP
1899 Wynkoop Street, Suite 750
Denver, CO 80202
John.hawk@wbd-us.com
*Attorney for Defendants Fluid Market, Inc.*
*and Fluid Fleet Services LLC*

Chad T. Nitta, Esq.
Heather N. Tilley, Esq.
Shelby L. Morbach, Esq.
KUTAK ROCK LLP
2001 16th Street, Suite 1800
Denver, CO 80202
Chad.Nitta@kutakrock.com
Shelby.Morbach@kutakrock.com
Heather.tilley@kutakrock.com
*Attorneys for Defendants James Eberhard,*
*Jenifer Snyder, and HHK Vehicles, Inc.*

*s/ Ramona Raub*
Ramona Raub, Legal Assistant

4

#6323091v1