# EXHIBIT 1

# fluidtruck

Get in touch    Login

# Decommissioning Policy

This policy takes effect on January 9, 2024

## Summary

You are important to our business and we want the entire process of purchasing, owning and decommissioning your assets to be a smooth one. This policy outlines the overall decommissioning process and the vehicle qualification parameters. If you have any questions along the way, please feel free to contact us.

## Guidelines

**1. What qualifies for decommissioning?**

- Any vehicle that the FVIP requests to decommission (provided they have been on the platform for at least 1 year after the sale date). Please note, all reservations must be completed prior decommissioning.
- The warranty is expired or close to expiring
- Fluid's Fleet Team may recommend when:
    - A vehicle gets into an accident and the cost or time to repair is too high
    - A vehicle is over 3 years old
    - A vehicle mileage is over 57k miles

**2. Ok, when I am ready, what do I do?**

- When you are ready to sell your vehicle, you will need to provide an email request with specific vehicles you want to sell to fvip@fluidtruck.com. We will then send you the steps you will need to take:
- Fill out and sign an Off-Boarding Request Form that we will send you



- Send your clean title to our HQ  (Note: requires lien payoff)

    Fluid Truck
    ATTN: Decommissioning
    400 W. 48th Ave. #300 | Denver, CO 80216

### 3. What if I can't pay off my lien but I want to sell?

- Since a clean title is required to sell your vehicles, which means the lien is paid off, we have created a way for you to pay off your lien without having to use your own funds:

    - Fluid can pay off the lien as a service using a third-party partner. There are additional fees for this service outlined below and are dependent upon funds availability. Wait times can vary by season and volume.

        - Lien payoff fee:  $375 + 3.75% monthly interest rate on the remaining lien balance.

### 4. What other fees are associated with decommissioning?

- Early Platform Removal Fee:

    - In order to meet manufacturer requirements for the fleet discount you received when purchasing, the vehicles need to remain on the platform for at least 1 year. If the vehicle is removed before the expiration of the initial twelve (12) months on the platform, you will be liable for an early removal fee of $400 per month per Vehicle for the months before the twelve (12) month expires. This fee is not meant to be punitive, rather it is the repayment of the incentive discounts that you benefitted from through our Fluid Vehicle Sourcing Program (VS Program).  It may not be possible to decommission Vehicles because of manufacturer restrictions. Fluid Truck will be unable to assist in the sale of a vehicle decommissioned in the initial twelve (12) month period due to manufacturer restrictions.

- Decommissioning Fee:

    - There is a flat $750 fee for the decommissioning and removal of the vehicle from the Fluid Platform. This pays for Fluid decal removal, final inspections for any claims and telematics removal. All vehicles are removed from the Platform "AS IS" and will have normal wear and tear damage. In addition, Fluid Truck will collect any outstanding fees related to the vehicle as part of the decommissioning process. (We will collect from invoicing or disposition collections)
    - You will not be able to pick up your decommissioned vehicle until the Decommissioning Fee is paid

- Disposition Incentive Fee:

    - To align the Fluid Remarketing team with you, the investor, in the sale of your assets at auction, there is an incentive fee for our team to sell your vehicle for the maximum amount at auction. If the vehicle sells for more than the depreciation scheduled value for the year/make/model, Fluid will get 20% of the excess that the vehicle sells for as an incentive. Example: Fair market depreciation value is $20,000 and the vehicle sells for $22,000, Fluid will get 20% of the excess, or $2000 which equals $400.

- Parking Fee:

    - Fluid will charge $25/day for parking after the 7 day grace period from when the vehicle is ready for pickup.

- Unpaid Fees:

    - Any unpaid fees (registration fees, maintenance costs, etc.) due to Fluid Truck for any vehicle may be offset by decommissioning proceeds or revenue generated from the vehicle(s) you may still have on the platform.

### 5. OK, what should I expect after I have provided my request and clean title?

- Once the vehicle available for auction (i.e. is not on reservation, including future reservations and extensions) and Fluid Truck receives the vehicle title, we will begin the selling process. The entire process of preparing the vehicle for auction, sending it to auction, and selling it at auction can take up to 90 days. You may contact us at any time within the sales process and we will let you know where we are in the process.

Repairs:

- If Fluid Truck sells a vehicle on your behalf, open claims will be paid out after Fluid collects the claim payout.
- If we are selling a vehicle on your behalf, we may make repairs with the intent of increasing the vehicle's value. Any such repairs will be deducted from the sale price of the vehicle. These repairs will not exceed $2,000 without your approval.
- Claim amounts will be paid out to you Net 30 days of receipt by Fluid. *Please note commercial insurance policy payments traditionally take much longer to collect than consumer insurance policies.*
- In some instances, there may be a third-party administration fee associated with the collection of claims amounts. In these instances, the payout to you will be net of this fee (generally around 20%)

    - Example. Claim Estimate is $1000 - $275 (TPA fee) = $625 FVIP Payout

Decommissioning Windows:

- Generally, August to January of each year fall within that high-demand period. During these periods, Fluid Truck may restrict vehicle sales to meet business demand.

Registration Renewal:

- Please keep in mind that Fluid Truck starts the renewal process of all registrations 60 days before the expiration date to ensure your vehicle is operational with no lapses. If the vehicle owner decides to remove the vehicle from the platform and the registration renewal process has already started, the owner will be responsible for paying all fees associated with the registration renewal. We will provide you with any necessary documentation in case you want to work on a refund request directly with the DMV.

**Fluid Truck**

About Fluid Truck
Locations
Reviews
Fluid for business
Contact us
Get in touch

**Explore**

Search vehicles
Blog
Help
FAQs
Careers
Press

**Top cities**

Atlanta
Dallas/Fort Worth
Denver
Houston
Los Angeles
Miami
New York City
San Antonio
San Diego
San Francisco

**Connect**

©2024 Fluid Market Inc.

Terms | Privacy | Borrower Damages Policy | Decommissioning

https://www.fluidtruck.com/decommissioning

4/4