# EXHIBIT 2

Brennan Dupree
April 01, 2025

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-2811-GPG-NRN
_____

DEPOSITION OF BRENNAN DUPREE            April 1, 2025
_____

URBAN INTERESTS LLC, individually and
on behalf of all others similarly situated,

         Plaintiffs,

vs.

FLUID MARKET INC.,
FLUID FLEET SERVICES LLC,
HHK VEHICLES, INC.,
JAMES EBERHARD,
JENIFER SNYDER, and
THOMAS SCOTT AVILA,

         Defendants.

_____
```

　　　　The deposition of BRENNAN DUPREE, taken before Leeann Stellor, a Registered Merit Reporter, Certified Realtime Reporter, and a Notary Public in and for the County of Denver and the State of Colorado, at 1700 Lincoln Street, Suite 2100, Denver, Colorado, on Tuesday, April 1, 2025, at the hour of 10:02 a.m.

Brennan Dupree
April 01, 2025

```
                                                Page 2                                                 Page 4
 1     APPEARANCES:                                     1    DEPOSITION EXHIBITS MARKED:
 2                                                      2    NO.         DESCRIPTION                          PAGE
 3           CRISHAM & HOLMAN, LLC
             BY: DAVID C. HOLMAN, ESQ.                       Exhibit 7   March 26, 2024 e-mail from Joseph    110
 4               CHRIS CARRY, ESQ.                      3                Shore, Subject: FVIP Pending payout
                 2549 West Main Street                                   Schedule 3.26.24, with attachment
 5               Suite 202                              4                DuPree_00081396 - 00081397
                 Littleton, Colorado  80120             5    Exhibit 8   April 23, 2024 e-mail from Joseph    111
 6               (720) 739-2176                                          Shore, Subject: FVIP Vehicle Sale
                 dave@crishamholman.com                 6                Aging Schedule 4.23.24, with
 7               chris.carry@crishamholman.com                           attachment
                 appeared on behalf of the Plaintiffs   7                DuPree_00091273 - 0091274
 8                                                      8    Exhibit 9   October 9 - 16 2023 e-mails from     115
             KUTAK ROCK, LLP                                             Matias Duer to Jason Villa, Subject:
 9           BY: SHELBY L. MORBACH, ESQ.                9                [## 404280 ##] Decommission, with
                 2001 16th Street                                        attachment
10               Suite 1800                            10                DuPree_00021517 - 00021520
                 Denver, Colorado  80202               11    Exhibit 10  September 21 - October 2, 2023 text  117
11               (303) 292-7865                                          messages between Brennen DuPree and
                 shelby.morbach@kutakrock.com          12                Jimmy Eberhard
12               appeared on behalf of James Eberhard,                   DuPree_00180824
                 Jenifer Snyder, and HHK Vehicles,     13
13               Inc.                                        Exhibit 11  November 7, 2023 text messages       118
14           O'HAGEN MEYER, PLLC                       14                between Brennen DuPree and Jimmy
             BY: WILLIAM R. THOMAS, ESQ.                                 Eberhard
15               BRIAN R. DeMOCKER, ESQ.               15                DuPree_00180823
                 1331 17th Street                      16    Exhibit 12  January 25 - February 1, 2023 text   120
16               Suite 350                                               messages between Brennen DuPree and
                 Denver, Colorado  80202               17                Jimmy Eberhard
17               (303) 652-5860                                          DuPree_00180821
                 wthomas@ohaganmeyer.com               18
18               bdemocker@ohaganmeyer.com                   Exhibit 13  February 22 - 26, 2024 text messages 122
                 appeared on behalf of Thomas Scott    19                between Brennen DuPree and Jimmy
19               Avila                                                   Eberhard
20           SENN, VISCIANO, CANGES, PC                20                DuPree_00180819
             BY: CHARLES FULLER, ESQ.                  21                May 31 - June 4, 2024 e-mail chain,  125
21               1700 Lincoln Street                         Exhibit 14  Subject: Decommissioning
                 Suite 2100                            22                DuPree_00104097 - 00104100
22               Denver, Colorado  80203               23    Exhibit 15  May 5, 2024 e-mail from Brennen      131
                 (303) 298-1122                                          DuPree, Subject: FVIP Payouts 6.7
23               cfuller@sennlaw.com                   24                DuPree_00104613
                 appeared on behalf of the Deponent    25
24
25

                                                Page 3                                                 Page 5
 1                I  N  D  E  X                         1    DEPOSITION EXHIBITS MARKED:
 2                                                      2    NO.         DESCRIPTION                          PAGE
     DEPOSITION WITNESS:                         PAGE
 3   BRENNAN DUPREE                                          Exhibit 16  May 24 - June 19, 2024 e-mail chain, 133
 4   Examination by Mr. Holman                      7   3                Subject: Fluid Truck Balance
     Examination by Mr. Thomas                    160                    DuPree_00109499 - 00109507
 5   Examination by Ms. Morbach                   218   4
 6                                                           Exhibit 17  August 21 - 29, 2024 e-mail chain,   135
 7   DEPOSITION EXHIBITS MARKED:                        5                Subject: Manheim - 19 vehicles CF
     NO.         DESCRIPTION                     PAGE                    sold pending title transfer
 8                                                      6                DuPree_00134451 - 00134455
     Exhibit 1   January 8, 2024 e-mails between   44   7    Exhibit 18  July 24, 2024 e-mail from Amy        140
 9               Brennen DuPree and Jenifer Snyder,                      Kirschner, Subject: Recap of our
                 Subject: Approval request for          8                discussion on payments due from HHK
10               "Decommissioning Policy - External                      DuPree_00121846 - 00121847
                 [Waiting on Approval]"                 9
11               DuPree_00048821 - 00048822                  Exhibit 19  July 25 - 30, 2024 e-mail chain,     144
12   Exhibit 2   January 8, 2024 e-mail from James 46  10                Subject: HHK Funds Owed to Fluid,
                 Eberhard to Brennen DuPree, Subject:                    with attachment
13               Decommissioning Policy notes, with    11                DuPree_00123898 - 00123901
                 attachments                           12    Exhibit 20  July 23, 2024 e-mail from Brennen    145
14               DuPree_00048802                                         DuPree, Subject: Burrwood Logistics/
15   Exhibit 3   January 9, 2024 Decommissioning   49  13                Blue Mile Logistics
                 Policy                                                  DuPree_00121136
16                                                     14
     Exhibit 4   January 9 - February 21, 2024 e-mail  53    Exhibit 21  October 11 - November 5, 2024 e-mail 147
17               chain, Subject: Re [## 836614 ##]     15                chain, Subject: Out of Office Re:
                 Recommendations for Decommissioning,                    [## 887614 ##] Fluid Internal Claim
18               with attachment                       16                #79689
                 DuPree_00066192 - 00198                                 DuPree_00162239 - 00162243
19                                                     17
     Exhibit 5   July 18, 2024 e-mail chain, Subject: 100    Exhibit 22  July 30, 2024 e-mail chain, Subject: 147
20               FVIP payouts master sheet, with       18                Void FVIP Check
                 attachment                                              DuPree_00124300
21               DuPree_00119645 - 00119647            19
22   Exhibit 6   March 19, 2024 e-mail from Joseph 106       Exhibit 23  August 19, 2024 e-mail chain,        148
                 Shore, Subject: FVIP Pending payout   20                Subject: FVIP - Cash to Segregate
23               Schedule 3.19.24, with attachment                       DuPree_00130897
                 DuPree_00078702 - 00078703            21
24                                                           Exhibit 24  September 27, 2024 e-mail chain,     150
25                                                     22                Subject: Total Loss - P4977 -
                                                                         3C6LRVDG8NE110534
                                                       23                DuPree_00143876
                                                       24
                                                       25
```

Brennan Dupree
April 01, 2025

Page 46
1  spelled that right.
2      Q.   Okay.
3           MR. HOLMAN:  This will be Exhibit 2,
4  please.  Thank you.
5           (Exhibit No. 2 was marked.)
6      Q.   Mr. DuPree, Exhibit 2 appears to be an
7  e-mail from Mr. Eberhard to you dated January 8th,
8  2024 also about a Decommissioning Policy, correct?
9      A.   Correct.
10     Q.   And it appears that Mr. Eberhard is
11 giving you line-by-line revisions to that
12 Decommissioning Policy; is that fair?
13     A.   Yes, that's what it looks like.
14     Q.   Is that typical for him to get that much
15 into the weeds?
16     A.   On policy, yeah.
17     Q.   And this external -- at least he has two
18 headings.  One's in -- Decommissioning Policy 2024
19 internal --
20     A.   Uh-huh.
21     Q.   -- and Decommissioning Policy external.
22          The external wording, he asks for
23 it to say that, "Claim amounts will be paid out to
24 you net 30 days of receipt by Fluid."  Correct?
25     A.   That is what I read.

Page 47
1      Q.   Okay.  And then going back to Exhibit 1
2  briefly.  There's a discussion toward the bottom of
3  the first page, or at least an e-mail from
4  Ms. Snyder, asking about whether an HHK fee was
5  included in the fees.  Do you see that?
6      A.   I do.
7      Q.   What does -- or what do you understand
8  her to mean there by an HHK fee?
9      A.   It was something that was spoken about
10 very briefly.  I don't recall a ton of detail about
11 it, but I remember that they wanted it to be similar
12 to a spiff, right?  So every vehicle they sell, they
13 get X amount to cover licensing and overhead.  At
14 least that's how it was explained to me.
15     Q.   I'm sorry, I think you used the word
16 "smith"?
17     A.   Spiff.
18     Q.   Spiff.  I'm sorry.
19     A.   Yeah.
20     Q.   What does that mean?
21     A.   It's just a -- how would I describe it.
22 Like a success fee.  If you successfully do task A,
23 you get rewarded with, the reference in this e-mail
24 is, $50 to $100.
25     Q.   And what relationship did that have to

Page 48
1  do -- or what relationship did that HHK fee have to
2  the FVIP sale fee that Ms. Snyder's discussing at
3  the very top of Exhibit 1?  She mentions, "I think
4  we need to increase the FVIP sale fee by $50."
5           Were those the same thing?
6      A.   Not to my knowledge.  To my knowledge the
7  sale fee or the decommissioning fee -- which when I
8  read this FVIP sale fee, it makes me think of the
9  decommissioning fee, which varied.  I think started
10 at 500 and then went up to 750.  That was in place
11 to cover the overhead of the FVIP support team or
12 the decommissioning team, to decommission those
13 assets.
14          I don't necessarily -- that's what
15 it makes me think of.  Now, having a specific FVIP
16 sale fee, I don't believe we ever did.  I don't
17 think so, but --
18     Q.   Okay.
19     A.   -- I believe it was just decommissioning.
20          MR. HOLMAN:  We've been going for
21 about an hour.  Is now a good time to take a quick
22 break, refresh coffee?
23          THE WITNESS:  Sure.
24          MR. HOLMAN:  Thank you.
25

Page 49
1           (Break from 10:02 a.m. to
2           10:10 a.m.)
3           (Exhibit No. 3 was marked.)
4  BY MR. HOLMAN:
5      Q.   Mr. DuPree, I've handed you Exhibit 3.
6  What is that?
7      A.   This is the external Decommissioning
8  Policy.
9      Q.   It says it takes effect on --
10          MR. HOLMAN:  I'm sorry.  Go ahead,
11 Chris.
12     Q.   It says it takes effect on January 9th,
13 2024?
14     A.   Correct.  Yeah.
15     Q.   Does this appear to be the same policy
16 that you were e-mailing with Mr. Eberhard and
17 Ms. Snyder about on January 8th?
18     A.   Yes, it appears to be.
19     Q.   Yeah.
20          MS. MORBACH:  I'm sorry, can I just
21 ask, did you get this online?
22          MR. HOLMAN:  Yes.
23          MS. MORBACH:  It's not in the
24 production.
25          MR. HOLMAN:  It's online.

Brennan Dupree
April 01, 2025

Page 50
1      MS. MORBACH:  Okay.
2      Q.   So, for example, Mr. Eberhard had
3  specific wording in Exhibit 2 for the,
4  "Decommissioning policy external claim amounts will
5  be paid out to you net 30 days receipt by Fluid."
6           If we turn to page 3, bottom of
7  the page, third bullet from the bottom we see that
8  same language, correct?
9      A.   Correct.
10     Q.   And was this final Decommissioning Policy
11 approved by Mr. Eberhard and Ms. Snyder?
12     A.   Correct.
13     Q.   Okay.  What fees would Manheim or other
14 third-party auction services charge for
15 decommissioning?
16     A.   I can speak to the generals, right?
17     Q.   Sure.  Yeah.
18     A.   It's going to vary on each vehicle in a
19 handful of different ways.
20          Your typical is you get a
21 condition report.  They charge $12 for a platform
22 called AutoIMS, which is just an inventory tracking
23 system.  And then your sale fees vary often by
24 state, California being the most expensive.  Those
25 range from 175 up to, I've seen them at like, 325

Page 51
1  for a commercial seller.
2           And then where it varies is, you
3  know, if the vehicle doesn't run and you have to put
4  a battery in the car, and they charge you for the
5  battery and the labor and things of that nature.
6  And then also deimaging or DID'ing was a very common
7  one for Fluid vehicles.  That is just removing the
8  decals from the vehicle.
9      Q.   So if I'm an FVIP owner and I've agreed
10 to decommission, agreed to go through the
11 third-party auction process --
12     A.   Uh-huh.
13     Q.   -- I should expect to see some fees from
14 the third-party auction service, AutoIMS, some kind
15 of --
16     A.   Correct.
17     Q.   -- sales fee around 175 to $300-ish; is
18 that fair?
19     A.   Yeah.  Absolutely.
20     Q.   Plus a Fluid sale fee?
21     A.   That doesn't come from the auction.  That
22 one comes from Fluid directly.
23     Q.   Okay.  And so just talking through all
24 the fees, we had --
25     A.   Okay.  Yeah.  Yeah.

Page 52
1      Q.   We had those auction service fees, right?
2      A.   Correct.
3      Q.   Okay.  And then when we get to Fluid, we
4  have Fluid's sale fee of starting at $500 and then
5  eventually $750; is that fair?
6      A.   Correct.  That is a decommissions fee,
7  not the sales fee.
8      Q.   Okay.
9      A.   The sales fee was a loose, arbitrary --
10 it's probably in here.  A loose, arbitrary fee.
11     Q.   Okay.  So if we're looking at page 2 of
12 Exhibit 3, there's a discussion of a decommissioning
13 fee and that says there's a flat $750 fee?
14     A.   Uh-huh.
15     Q.   So would it be on the next page, this
16 disposition incentive fee?
17     A.   Yes.  That is an extremely confusing fee.
18     Q.   At a high level, how would you describe
19 it to a third grader?
20     A.   This pre-dates me.  I had no part in the
21 disposition incentive fee.  So it is -- okay.  You
22 buy a truck for $10.  Fluid sells the vehicle for
23 $12.  This fee allows Fluid to take, what is it,
24 20 percent of the extra $2 you made on that vehicle.
25 I think that's right.

Page 53
1           Oh, hang on.  Hang on.  I'm
2  mistaken.  Close, but mistaken.
3           So fair market depreciation is
4  1 percent, I believe it was 1 percent per month.  So
5  if you bought a vehicle for $10 and, you know, call
6  it three months it would be worth -- the fair market
7  depreciation would have the asset listed for $9.97.
8  That number, the depreciated value, anything -- the
9  dollar amount it captures above that at auction,
10 Fluid takes 20 percent of.  Again, it's a very
11 confusing and difficult-to-explain fee.
12     Q.   And what would happen if the vehicle sold
13 for less than fair market depreciation value?  No
14 fee?
15     A.   I don't believe so.
16     Q.   Okay.  So we would have the flat fee plus
17 some variable fee that depended on the sale price;
18 is that fair?
19     A.   Correct.
20     Q.   And all of the fees that were to be
21 charged to the FVIP were disclosed in -- in the
22 Decommissioning Policy; is that fair?
23     A.   Yes.
24          MR. HOLMAN:  This is Exhibit 4.
25          (Exhibit No. 4 was marked.)

```
                                                      Page 258                                                       Page 260
 1      - AMENDMENT SHEET -                                      1             REPORTER'S CERTIFICATE
        Deposition of BRENNAN DUPREE                             2         I, LEEANN L. STELLOR, Registered Merit
 2      taken on April 1, 2025                                   3   Reporter and Certified Realtime Reporter within
        The deponent wishes to make the following changes in    4   Colorado, ID 20004016879, appointed to take the
 3      the testimony as originally given:                       5   deposition of BRENNAN DUPREE, do hereby certify that
 4      PAGE/LINE        SHOULD READ           REASON FOR CHANGE 6   before the deposition he was duly sworn by me to
 5      _____ _____           7   testify to the truth; that the deposition was taken by
 6      _____ _____           8   me then reduced to typewritten form herein; that the
 7      _____ _____           9   foregoing is a true transcript of the questions asked,
 8      _____ _____          10   testimony given and proceedings had.
 9      _____ _____          11
10      _____ _____          12         I further certify that I am not related to
11      _____ _____          13   any party herein or their Counsel, and have no interest
12      _____ _____          14   in the result of this litigation.
13      _____ _____          15
14      _____ _____          16         In witness hereof I have hereunto set my
15      _____ _____          17   hand this 11th day of April, 2025.
16      _____ _____          18
17      _____ _____          19            _____
18      _____ _____                              Leeann L. Stellor
19      _____ _____          20                  Registered Merit Reporter
20      _____ _____                              Certified Realtime Reporter
21      Subscribed and sworn to before me this _____ day of     21                  and Notary Public
        _____, 2025.                                    22
22                                                              23   My commission expires June 8, 2028
23                  _____           24
24                        Notary Public                         25
25      My commission expires _____.

                                                      Page 259
 1      - AMENDMENT SHEET -
        Deposition of BRENNAN DUPREE
 2      taken on April 1, 2025
        The deponent wishes to make the following changes in
 3      the testimony as originally given:
 4      PAGE/LINE        SHOULD READ           REASON FOR CHANGE
 5      _____ _____
 6      _____ _____
 7      _____ _____
 8      _____ _____
 9      _____ _____
10      _____ _____
11      _____ _____
12      _____ _____
13      _____ _____
14      _____ _____
15      _____ _____
16      _____ _____
17      _____ _____
18      _____ _____
19      _____ _____
20      _____ _____
21      Subscribed and sworn to before me this _____ day of
        _____, 2025.
22
23                  _____
24                        Notary Public
25      My commission expires _____.
```