| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street,<br>Denver, CO 80202<br>Tel: 720-865-8301 | |
| **Plaintiff:**<br>MOTOR ALONG, LLC;<br><br>v.<br><br>**Defendant:**<br>JAMES EBERHARD and JENIFER SNYDER. | ▲ **COURT USE ONLY** ▲<br>_____<br><br>Case No.: 2025CV31949<br><br>Courtroom:<br><br>Division: 203 |
| *ATTORNEYS DEFENDANTS:*<br>*Chad T. Nitta, #31921*<br>*Shelby L. Morbach, #55913*<br>*KUTAK ROCK LLP*<br>*2001 Sixteenth St., Suite 1800*<br>*Denver, CO 80202*<br>*Tel:  303-297-2400*<br>*Fax:  303-292-7799*<br>*chad.nitta@kutakrock.com*<br>*shelby.morbach@kutakrock.com* | |
| **DECLARATION OF CHRISTINE G.E. MAYBEE**<br>(Pursuant to C.R.S. § 13-27-102, *et seq*.) ||

I, Christine G.E. Maybee, swear that I am over 18 years of age and competent to testify with first-hand knowledge to the matters set forth herein:

1. I am a paralegal at the law firm of Kutak Rock, LLP, who represents defendants in this matter.

2. Attached as Exhibit 1 is a true and accurate copy of a publicly available webpage from the URL: https://dealer101.com/auctions/companies/manheim/.  I accessed this webpage and took this screenshot on June 5, 2025 at approximately 11:05 am MDT.

1

3. Attached as Exhibit 2 is a true and accurate copy of a publicly available document webpage from the URL: https://www.carmaxauctions.com/policy. I accessed this webpage and took this screenshot on June 5, 2025 at approximately 11:10 am MDT.

4. Attached as Exhibit 3 is a true and accurate copy of a publicly available document webpage from the URL: https://www.autonationautoauction.com/. I accessed this webpage and took this screenshot on June 5, 2025 at approximately 11:15 am MDT.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Date:  June 5, 2025.

*s/ Christine G.E. Maybee*
Christine G.E. Maybee