# Exhibit 1



**Manheim Auctions**

Manheim.com

📖 Auction Manual

📤 Share this page

quickly and easily. You can manage your account details, check auction schedules, or participate in live auctions.

**Manheim Auction Login**

## AuctionACCESS

AuctionAccess provides a centralized platform for dealers to validate their licenses and credentials.

To get into Manheim auto auctions, you must first register with AuctionACCESS, which is limited to licensed dealers and their authorized representatives.

## AuctionAccess Membership Cost

$103 USD per individual per year. When you join AuctionACCESS, you also gain entry to more than 320 auctions, including Manheim, Adesa, and more." under auction access membership cost because that's where you pay it to gain access to the auctions.

**On this page**

1. About Manheim Auctions
2. Manheim Auction Locations
3. How to log in to Manheim
4. AuctionACCESS
5. Vehicle Types
6. Auction Types & Bidding
7. Auction Services
8. Financing
9. Transportation

Chat is Online
How can we help you?

