# Exhibit 2



# CarMax Auction policies

## General

*As of 6/2/2025*

All motor vehicle dealers ("Dealer(s)") attending any CarMax auction agree to abide and be bound by these CarMax Auction Policies and CarMax's Simulcast Terms and Conditions, as may be in effect at the time of an auction, ("the Policies"). The Policies apply to all owners, partners, officers, employees, agents, and representatives (collectively referred to as "Authorized Agents") of Dealer. The term "Dealer," when used in the Policies, includes Authorized Agents. By registering, attending, bidding, and/or purchasing at any CarMax auction, Dealer accepts all terms and conditions contained in the Policies, including any subsequent amendments. The Policies will be provided to Dealer upon request and are available on carmaxauctions.com® and at all auction locations.

CarMax reserves the right, at its sole discretion, to interpret, apply, modify, or waive any and/or all terms and conditions in the Policies. A waiver by CarMax at any time shall not be deemed, implied, or interpreted to constitute a similar waiver at another time. If any portion of the Policies is determined by a court of competent jurisdiction to be null and void or unenforceable, such provision shall be deemed severed, and the remaining provisions shall remain in full force and effect.

This is a **DEALER-ONLY** auction. Dealer must be registered and approved by CarMax to attend. Dealer represents and warrants to CarMax the accuracy of all information contained in its Dealer Registration Application. All Dealers attending and conducting business at an auction must have reached the age of majority in the state where the auction occurs. All Dealers must be properly licensed with the state or country (for Dealers operating outside the United States) in which they do business. All purchases from CarMax are for re-sale only. Retail customers are not allowed. Any Dealer who attends with a retail customer will have his/her/its privileges revoked.

Authorized Agents must be identified in writing on the Dealer Registration Application, an Application to Add A Buyer form, or online registration via carmaxauctions.com®. Dealer agrees that each Authorized Agent is duly authorized to buy vehicles on Dealer's behalf and to execute bills of sale, checks or drafts, and assignments of title binding on Dealer. Authorization shall continue in full force and effect unless and until terminated by Dealer on a form provided to Dealer by CarMax. Termination will not be effective until receipt of such form by CarMax. In consideration of CarMax permitting such Authorized Agents to act in such capacity, Dealer hereby guarantees all transactions made by each Authorized Agent.

Dealer must provide an acceptable form of identification (as determined by CarMax, in its sole discretion) and state-issued salesperson or buyer's license (as required by law) at auction check-in. Auction bidder numbers

 

## Auctions

Locations & Schedules

FAQ

Auction Policies

## Finance

AFC Financing

NextGear Financing

Kinetic Advantage

Westlake Flooring

## Contact

Contact Us

carmax.com

## About

About CarMax

Social Responsibility

CarMax Foundation

Privacy Policy    |    Do Not Sell or Share My Information    |    Financial Privacy Policy    |    Interest-Based Ads    |    Terms of Use    |    CarMax Recall Policy    |    CA Supply Chain Transparency    |    Accessibility

Copyright © 2025 CarMax Enterprise Services, LLC