IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02811-GPG-NRN

URBAN INTERESTS LLC, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLUID MARKET INC.,
FLUID FLEET SERVICES LLC,
HHK VEHICLES, INC.,
JAMES EBERHARD,
JENIFER SNYDER, and
THOMAS SCOTT AVILA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that an in-person Motion Hearing on Defendants Thomas Scott Avila and Paladin Management Group, LLC's Motion to Stay (ECF No. 99) is set on August 22, 2025 at 10:00 a.m. in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Date: August 8, 2025