IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02811-GPG-NRN

URBAN INTERESTS LLC, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLUID MARKET INC.,
FLUID FLEET SERVICES LLC,
HHK VEHICLES, INC.,
JAMES EBERHARD,
JENIFER SNYDER, and
THOMAS SCOTT AVILA,

Defendants.

---

## ORDER OF RECUSAL

---

**N. REID NEUREITER**
**United States Magistrate Judge**

This matter is before the Court sua sponte.

Section 455(a) of Title 28 of the United States Code states that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000). A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

Some of the defendants in this case are represented by Chad T. Nitta, a partner at Kutak Rock LLP. Mr. Nitta has been selected to serve on the merit selection panel that will review my reappointment as a United States Magistrate Judge. I believe that my impartiality might reasonably be questioned if I were to sit on a matter under such circumstances.

Accordingly, it is hereby ORDERED that I recuse myself from this case. It is further ORDERED that the Clerk of the Court shall cause this case to be reassigned to another Magistrate Judge.

It is further ORDERED that the Status Conference set for March 31, 2026 at 9:30 a.m. is VACATED.

Dated this 13th day of March, 2026.

BY THE COURT:

N. Reid Neureiter
United States Magistrate Judge