# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-2811-GPG-SBP

URBAN INTERESTS LLC, individually and
on behalf of all others similarly situated,

   Plaintiffs,

v.

HHK VEHICLES, INC.,
JAMES EBERHARD,
JENIFER SNYDER,
THOMAS SCOTT AVILA, and
PALADIN MANAGEMENT GROUP, LLC,

   Defendants.

---

## JOINT STATUS REPORT

---

   Plaintiff Urban Interests LLC, and Defendants HHK Vehicles, Inc, James Eberhard, Jenifer Snyder, Thomas Scott Avila, and Paladin Management Group, LLC submit a joint status report pursuant to the Court's minute order dated April 14, 2026 (Dkt. No. 119).

   Counsel for the parties met and conferred by telephone on April 22, 2026.  The parties agree that discovery should be stayed pending the Court's rulings on the pending motions to dismiss filed on May 2, 2025 (Dkt Nos. 84, 85, and 86) and on May 9, 2025 (Dkt. No. 89).  The motions are fully briefed and ripe for the Court's rulings.  When the motions to dismiss are decided, the parties would plan to meet and confer regarding next steps, if any:  if the motions are granted in whole, judgment would enter and further conferral would be unnecessary at that time; if the motions are denied in whole or in part,

then the parties would confer regarding the next procedural steps.  The parties request that the Court enter an order staying the case pending its rulings on the motions to dismiss.  If the Court would prefer that the parties jointly file a motion requesting such a stay, the parties will do so.

Dated this 27th day of April, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ David C. Holman* | */s/ Shelby L. Morbach* |
| David C. Holman | Chad T. Nitta |
| John K. Crisham | Shelby L. Morbach |
| Christopher T. Carry | Heather N.Tilley |
| CRISHAM & HOLMAN LLC | Logan Murr |
| 2549 West Main Street, Suite 202 | KUTAK ROCK |
| Littleton, Colorado 80120 | 2001 16th Street, Suite 1800 |
| Telephone: (720) 739-2176 | Denver, CO 80202 |
| Dave@crishamholman.com | (303) 297-2400 |
| John@crishamholman.com | chad.nitta@kutakrock.com |
| Chris.carry@crishamholman.com | shelby.morbach@kutakrock.com |
| | heather.tilley@kutakrock.com |
| | logan.murr@kutakrock.com |

*Attorneys for Plaintiff Urban Interests LLC*

*Attorneys for Defendants HHK Vehicles, Inc., James Eberhard, and Jenifer Snyder*

*/s/ William R. Thomas*
William R.Thomas
Brian R. DeMocker
O'HAGAN MEYER
1331 17th Street, Suite 350
Denver, CO 80202
(303) 652-5860
wthomas@ohaganmeyer.com
bdemocker@ohaganmeyer.com

*Attorneys for Defendants Thomas Scott Avila and Paladin Management Group, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of April, 2026, a true and correct copy of the foregoing document was filed via this Court's CM/ECF filing system and served on all counsel of record.

/s/ *Amanda Turney*