## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-2811-GPG-NRN

URBAN INTERESTS LLC, individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.

FLUID MARKET INC.,
FLUID FLEET SERVICES LLC,
HHK VEHICLES, INC.,
JAMES EBERHARD,
JENIFER SNYDER,
THOMAS SCOTT AVILA, and
PALADIN MANAGEMENT GROUP, LLC,

      Defendants.

---

## PLAINTIFF'S UNOPPOSED MOTION TO UPDATE CAPTION

---

      Plaintiff Urban Interests, LLC,  hereby files its unopposed motion to update the caption as follows:

### CERTIFICATE OF CONFERRAL

      Undersigned counsel certifies that he conferred with counsel for defendants HHK Vehicles, Inc., James Eberhard, Jenifer Snyder, Thomas Scott Avila, and Paladin Management Group, LLC, by telephone on April 22, 2026, and by email on May 11, 2026, who stated they do not oppose the relief sought herein.  Defendants reserved their rights to seek to join parties in the future, including Fluid Market, Inc., and Fluid Fleet Services

LLC, and to seek to update the caption should parties be successfully joined.  Similarly,

Plaintiff reserves its rights regarding any such requests Defendants may make.

**ARGUMENT**

On April 22, 2026, Plaintiff filed its notice of dismissal of Fluid Market, Inc. and

Fluid Fleet Services, LLC with prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i).  *See* D. Colo. Dkt. 120.

Accordingly, Plaintiff requests that the caption in this case be amended to remove

Fluid Market, Inc. and Fluid Fleet Services, LLC.

Dated this 12th day of May, 2026

Respectfully submitted,

*/s/ David C. Holman*
David C. Holman
John K. Crisham
Christopher T. Carry
CRISHAM & HOLMAN LLC
2549 West Main Street, Suite 202
Littleton, Colorado 80120
Telephone: (720) 739-2176
E-mail: Dave@crishamholman.com
E-mail: John@crishamholman.com
E-mail: Chris.Carry@crishamholman.com

*Attorneys for Plaintiff Urban Interests LLC*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of May, 2026, a true and correct copy of the foregoing document was filed via this Court's CM/ECF filing system and served on all counsel of record.

*/s/ Amanda Turney*